Esther M. Scharer, Respondent, v. Harry Scharer, Appellant.—

Nolan, P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

Henrietta Simon et al., Appellants, v. Sadie Cohen et al., as Executors and Trustees under the Will of Julius Cohen, Deceased, Respondents.—

In our opinion the denial of the motion was an improvident exercise of discretion. (*Boyd* v. *United States Mtge. & Trust Co.*, 187 N. Y. 262, 266, 270; *Yeager* v. *Co-operative Fire Underwriters Assn. of N. Y. State, No. 2*, 243 App. Div. 743; *McKenzie* v. *Lavine*, 249 App. Div. 755; Civ. Prac. Act, § 105.) Carswell, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ., concur.